IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRELL T. BROWN,

        Plaintiff,                   No. CIV S-05-2227 LKK GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.            <u>ORDER FOR PAYMENT</u>

_____/    <u>OF INMATE FILING FEE</u>

To: The Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814:

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff has been assessed an initial partial filing fee of $5.26 for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $250.00 is paid in full. 28 U.S.C. § 1915(b)(2).

1  Good cause appearing therefore, IT IS HEREBY ORDERED that:

2  1. The Director of the California Department of Corrections or a designee shall
3  collect from plaintiff's prison trust account an initial partial filing fee in the amount of $5.26
4  and shall forward the amount to the Clerk of the Court.  Said payment shall be clearly identified
5  by the name and number assigned to this action.

6  2. Thereafter, the Director of the California Department of Corrections or a
7  designee shall collect from plaintiff's prison trust account the $244.74 balance of the filing fee by
8  collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty
9  percent (20%) of the preceding month's income credited to the prisoner's trust account and
10 forwarding payments to the Clerk of the Court each time the amount in the account exceeds
11 $10.00 in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be clearly identified by
12 the name and number assigned to this action.

13 3. The Clerk of the Court is directed to serve a copy of this order and a copy of
14 plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections,
15 1515 S Street, Sacramento, California 95814.

16 4. The Clerk of the Court is directed to serve a copy of this order on the Financial
17 Department of the court.

18 DATED: 11/16/05

19 /s/ Gregory G. Hollows

20 GREGORY G. HOLLOWS
   UNITED STATES MAGISTRATE JUDGE

22 ggh:kj
   br2227.cdc

2